PSKS, INC., doing business as Kay's Kloset ... Kay's Shoes; Toni Cochran L.L.C., doing business as Toni's, Plaintiffs–Appellees,

v.

LEEGIN CREATIVE LEATHER PRODUCTS, INC., Defendant–Appellant.

No. 04–41243.

United States Court of Appeals, Fifth Circuit.

Aug. 30, 2007.

David Neil Smith, Nix, Patterson & Roach, Daingerfield, TX, for PSKS, Inc.

Robert W. Coykendall, Ken M. Peterson, Morris, Laing, Evans, Brock & Kennedy, Wichita, KS, for Plaintiffs–Appellees.

Jeffrey Scott Levinger, Carrington, Coleman, Sloman & Blumenthal, Dallas, TX, Theodore B. Olson, Michael L. Denger, Gibson, Dunn & Crutcher, Washington, DC, Tyler Alexander Baker, III, G. Aaron Myers, Fenwick & West, Mountain View, CA, for Defendant–Appellant.

Before BARKSDALE and CLEMENT, Circuit Judges, and ENGELHARDT, District Judge*.

PER CURIAM:

Our court upheld application of the antitrust *per se* rule to Leegin Creative

Leather Products, Inc.'s imposing a vertical minimum price-fixing agreement on its retailer, PSKS, Inc., doing business as Kay's Kloset ... Kay's Shoes. *PSKS, Inc. v. Leegin Creative Leather Prods., Inc.*, 171 Fed.Appx. 464 (5th Cir.2006). The Supreme Court reversed, holding "[v]ertical price restraints are to be judged according to the rule of reason" and "remanded for proceedings consistent with [its] opinion". *Leegin Creative Leather Prods., Inc. v. PSKS, Inc.*, —— U.S. ——, 127 S.Ct. 2705, 2725, 168 L.Ed.2d 623 (2007). Accordingly, this action is REMANDED to district court for proceedings consistent with the Supreme Court's opinion.

*REMANDED.*